# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTONINO JIMENEZ,<br><br>　　　　Defendant. | No. 06-CR-4012-DEO<br><br>**ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I.　INTRODUCTION AND BACKGROUND

On February 17, 2006, a two Count Indictment (Docket No. 1, 02/17/2006) was returned against defendant Antonino Jimenez.

Count 1 of that Indictment charges that the defendant, Antonino Jimenez, between about September 2005 and continuing through January 11, 2006, in the Northern District of Iowa and elsewhere, did knowingly and unlawfully combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A). This was in violation of Title 21, United States Code, Section 846.

Count 2 of that Indictment charges that on or about January 11, 2006, in the Northern District of Iowa, the defendant, Antonino Jimenez, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

On July 24, 2006, defendant Antonino Jimenez appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1 and 2 of the Indictment. On the same date, United States Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 31, 07/24/2006) in which he recommends that defendant Antonino Jimenez's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Antonino Jimenez's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for

a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them. Therefore, the Court accepts Judge Zoss's Report and Recommendation (Docket No. 31), and accepts defendant's plea

3

of guilty in this case to Counts 1 and 2 of the Indictment filed on February 17, 2006.

**IT IS SO ORDERED** this 2nd day of October, 2006.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa